■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON CURRY, Appellant. [5 NYS3d 872]—

Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered February 28, 2012, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 12 years, unanimously modified, on the law, to the extent of reducing the mandatory surcharge to $250 and the crime victim assistance fee to $20, and otherwise affirmed.

Although defendant's waiver of his right to appeal was invalid (see People v Lopez, 6 NY3d 248 [2006]; People v Santiago, 119 AD3d 484 [1st Dept 2014], lv denied 24 NY3d 964 [2014]), we perceive no basis for reducing the sentence.

Since defendant committed the crime before the effective date of legislation increasing the surcharge and crime victim assistance fee, his sentence is unlawful to the extent indicated. Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Clark and Kapnick, JJ.